☑ FILED      ___ RECEIVED
___ ENTERED      ___ SERVED ON
COUNSEL/PARTIES OF RECORD

**NOV 28 2017**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

HOLLY S. PARKER (SBN 10181)
RYAN W. LEARY (SBN 11630)
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
T: (775) 322-1170
F: (775)322-1865
Attorneys for *Defendant*
*HIGHLAND RANCH HOMEOWNERS ASSOCIATION*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 3:16-cv-00638 |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DATE BY WHICH HIGHLAND RANCH HOMEOWNERS ASSOCIATION SHALL HAVE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| vs. | |
| RAVENSTAR INVESTMENTS, LLC; NICHOLAS HEATHMAN; HIGHLAND RANCH HOMEOWNERS ASSOCIATION; and GAYLE A. KERN & ASSOCIATES, LTD., d/b/a KERN & ASSOCIATES, LTD., | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff, Nationstar Mortgage, LLC ("Nationstar") and Defendant, Highland Ranch Homeowners Association ("Highland Ranch"), by and through their respective counsel, stipulate as follows:

Nationstar filed a Complaint on November 7, 2016, therein naming Highland Ranch Ravenstar Investments, LLC ("Ravenstar"), and other Defendants. (ECF No. 1.) On March 23, 2017, the Court entered an order staying this case based on a stipulation filed by the parties. (ECF No. 45.) Under the terms of the order (ECF No. 45), all pending motions, including Highland Ranch's motion to dismiss Nationstar's claims (ECF No. 19), were deemed withdrawn, subject to re-filing after the stay was lifted. On August 15, 2017, the Court lifted the stay in light

1    of the U.S. Supreme Court's denial of writ of certiorari in *Bourne Valley Court Trust v. Wells*

2    *Fargo, N.A.* (ECF No. 50).

3        Shortly after the stay was lifted, the parties discovered Ravenstar filed for bankruptcy.

4    Thereafter, on September 12, 2017, Ravenstar filed a notice of bankruptcy (ECF No. 52).   On

5    September 20, 2017, Nationstar filed a status report to address the bankruptcy issues (ECF No.

6    55).   On October 3, 2017, Highland Ranch filed a request for status conference to address the

7    bankruptcy issues (ECF No. 58).   A status conference has not yet been scheduled.   To allow the

8    parties to further assess the impact of Ravenstar's bankruptcy (and the related automatic stay) on

9    Highland Ranch HOA's response to Nationstar's Complaint, the parties filed a stipulation (ECF

10   No. 60) to extend the time for Highland Ranch's response to the Complaint until November 10,

11   2017 (ECF No. 1).   On October 13, 2017, the Court granted the stipulation for extension (ECF

12   No. 61).

13       The parties are still investigating the status of the bankruptcy proceedings and understand

14   there is briefing pending in those proceedings that may further impact the claims pending in this

15   case.   To allow for this continuing investigation, the parties stipulate to allow Highland Ranch an

16   additional forty days, or until December 20, 2017, to answer or other response to Nationstar's

17   Complaint (ECF No. 1).   In light of the bankruptcy issues, good cause exists to extend the time

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1  for Highland Ranch's response.  Subsequent to the lifting of the stay, the Court granted one prior

2  extension for Highland Ranch's response to Nationstar's Complaint (ECF No. 61).

3      **IT IS SO STIPULATED.**

4  Dated this 8th day of November, 2017.              Dated this 8th day of November, 2017.

5  AKERMAN LLP                                        LAXALT & NOMURA, LTD.

6

7  By /s/ Karen Whelan                                By

8      MELANIE D. MORGAN (SBN 8215)                       HOLLY S. PARKER (SBN 10181)
       REBEKKAH B. BODOFF (SBN 12703)                     RYAN W. LEARY (SBN 11630)
9      KAREN WHELAN (SBN 10466)                           9600 Gateway Drive
       1160 Town Center Drive, Suite 330                  Reno, Nevada 89521
10     Las Vegas, Nevada 89144                            Attorneys for Defendant
       Attorneys for Plaintiff Nationstar                 Highland Ranch Homeowners
11     Mortgage LLC                                       Association

12

13                                                 IT IS SO ORDERED:

14                                                 _Valerie P. Cooke_

15                                                 United States Magistrate Judge

16

17                                                 Dated: _November 28, 2017_

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Laxalt & Nomura, Ltd. and not a party to, nor interested in, the within action; that on the _8_ th day of November, 2017, a true and correct copy of the foregoing *STIPULATION AND ORDER TO EXTEND DATE BY WHICH HIGHLAND RANCH HOMEOWNERS ASSOCIATION SHALL HAVE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (SECOND REQUEST)* was filed electronically through the Court's CM/ECF electronic notice system to the attorneys associated with this case.

| | |
|---|---|
| Melanie D. Morgan, Esq. | James M. Walsh |
| Rebekkah B. Bodoff, Esq. | WALSH BAKER ROSEVEAR |
| Karen Whelan, Esq. | 9468 Double R Boulevard, Suite A |
| AKERMAN LLP | Reno, NV  89521 |
| 1160 Town Center Drive, Suite 330 | *Attorneys for Ravenstar Investmemts, LLC* |
| Las Vegas, NV  89144 | *and Nicholas Heathman* |
| *Attorneys for Plaintiff Nationstar* | |
| *Mortgage LLC* | |
| | |
| Gayle A. Kern | Kevin A. Darby |
| Karen M. Ayarbe | Tricia M. Darby |
| KERN & ASSOCIATES, LTD. | DARBY LAW PRACTICE, LTD. |
| 5421 Keitzke Lane, Suite 200 | 4777 Caughlin Parkway |
| Reno, NV  89511 | Reno, NV 89519 |
| *Attorneys for Gayle A. Kern & Associates,* | *Bankruptcy Counsel for Ravenstar* |
| *Ltd. dba Kern & Associates, Ltd* | *Investments, LLC* |

_____

KATHIE MARTIN