HOLLY S. PARKER (SBN 10181)
RYAN W. LEARY (SBN 11630)
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
T: (775) 322-1170
F: (775)322-1865
Attorneys for *Defendant*
HIGHLAND RANCH HOMEOWNERS ASSOCIATION

FILED ✓ / ENTERED ____ / RECEIVED ____ / SERVED ON ____
COUNSEL/PARTIES OF RECORD
DEC 15 2017
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>    Plaintiff,<br>vs.<br><br>RAVENSTAR INVESTMENTS, LLC;<br>NICHOLAS HEATHMAN; HIGHLAND<br>RANCH HOMEOWNERS ASSOCIATION; and<br>GAYLE A. KERN & ASSOCIATES, LTD.,<br>d/b/a KERN & ASSOCIATES, LTD.,<br><br>    Defendants. | Case No.: 3:16-cv-00638<br><br>**STIPULATION AND ORDER TO EXTEND DATE BY WHICH HIGHLAND RANCH HOMEOWNERS ASSOCIATION SHALL HAVE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>(THIRD REQUEST) |

Plaintiff Nationstar Mortgage, LLC ("Nationstar") and Defendant Highland Ranch Homeowners Association ("Highland Ranch"), by and through their respective counsel, stipulate as follows:

Nationstar filed a Complaint on November 7, 2016, therein naming Highland Ranch, Ravenstar Investments, LLC ("Ravenstar"), and other defendants. (ECF No. 1.) On March 23, 2017, the Court entered an order staying this case based on a stipulation filed by the parties. (ECF No. 45.) Under the terms of the order (ECF No. 45), all pending motions, including Highland Ranch's motion to dismiss Nationstar's claims (ECF No. 19), were deemed withdrawn, subject to re-filing after the stay was lifted. On August 15, 2017, the Court lifted the stay in light of the U.S. Supreme Court's denial of certiorari in *Bourne Valley Court Trust v. Wells Fargo, N.A.* (ECF No. 50).

Shortly after the stay was lifted, the parties discovered Ravenstar had filed for bankruptcy. Thereafter, on September 12, 2017, Ravenstar filed a notice of bankruptcy (ECF No. 52). On September 20, 2017, Nationstar filed a status report to address the bankruptcy issues (ECF No. 55). On October 3, 2017, Highland Ranch requested a status conference to seek guidance from the Court on the issues created by Ravenstar's bankruptcy (ECF No. 58). To allow the parties to assess the impact of Ravenstar's bankruptcy (and the related automatic stay) on Highland Ranch's response to Nationstar's Complaint, the parties filed a stipulation (ECF No. 60) to extend the time for Highland Ranch to respond to the Complaint until November 10, 2017 (ECF No. 1). On October 13, 2017, the Court granted the stipulation for extension of time (ECF No. 61). Because Ravenstar's bankruptcy remained ongoing, on November 8, 2017, the parties filed a second stipulation (ECF No. 64) to extend the time for Highland Ranch to respond to the Complaint until December 20, 2017. The Court granted the stipulation on November 28, 2017 (ECF No. 65). On December 4, 2017, the Court entered an order granting Highland Ranch's request for a status conference and setting the same for December 20, 2017 (ECF No. 66.)

Based on the current schedule of deadlines, Highland Ranch's response to the Complaint is due December 20, 2017, the same day as the scheduled status conference. Per Highland Ranch's request, the purpose of the status conference is so the parties may obtain guidance from the Court as to the effect of Ravenstar's bankruptcy on the parties' various claims given their potential interplay and to ascertain whether this case should be stayed pending a resolution of the bankruptcy.

So the parties may obtain guidance from the Court as to how it wishes to proceed with this matter and the effect of the bankruptcy on the various claims, Highland Ranch and Nationstar stipulate to allow Highland Ranch until January 10, 2018 (an additional 21 days) to answer or otherwise respond to Nationstar's Complaint (ECF No. 1). In the event this matter is stayed as a result of the December 20, 2017 status conference, Highland Ranch and Nationstar further stipulate that Highland Ranch shall have until 21 days after any such stay is lifted to answer or otherwise respond to Nationstar's Complaint (ECF No. 1).

In light of the bankruptcy issues and scheduled status conference, good cause exists to extend the time for Highland Ranch's response. Subsequent to the lifting of the prior stay, the Court granted two prior extensions for Highland Ranch's response to Nationstar's Complaint (ECF Nos. 61 and 65).

**IT IS SO STIPULATED.**

Dated this 13th day of December, 2017.

AKERMAN LLP

By /s/ Karen Whelan
MELANIE D. MORGAN (SBN 8215)
REBEKKAH B. BODOFF (SBN 12703)
KAREN WHELAN (SBN 10466)
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Attorneys for Plaintiff Nationstar Mortgage LLC

Dated this 13th day of December, 2017.

LAXALT & NOMURA, LTD.

By _____
HOLLY S. PARKER (SBN 10181)
RYAN W. LEARY (SBN 11630)
9600 Gateway Drive
Reno, Nevada 89521
Attorneys for Defendant
Highland Ranch Homeowners Association

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: December 15, 2017