MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RAVENSTAR INVESTMENTS, LLC; NICHOLAS HEATHMAN; HIGHLAND RANCH HOMEOWNERS ASSOCIATION; and GAYLE A. KERN & ASSOCIATES, LTD., d/b/a KERN & ASSOCIATES, LTD.,<br><br>Defendants. | Case No.: 3:16-cv-00638-MMD-CBC<br><br>**MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** |
| RAVENSTAR INVESTMENTS, LLC and NICHOLAS HEATHMAN,<br><br>Counterclaimants,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>Counterdefendant. | |
| RAVENSTAR INVESTMENTS, LLC,<br><br>Crossclaimant,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION,<br><br>Cross-defendant. | |

1

49235239;1

1  Plaintiff and counter-defendant Nationstar Mortgage LLC provides notice Rebekkah Bodoff
2  and Karen Whelan are no longer associated with the law firm of Akerman LLP.
3  Nationstar requests Ms. Bodoff and Ms. Whelan be removed from the CM/ECF service list.
4  DATED this 19th day of June, 2019.

**AKERMAN LLP**

*/s/ Scott R. Lachman, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 6/28/2019

2

49235239;1