MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 3:16-cv-00638-MMD-WGC |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| RAVENSTAR INVESTMENTS, LLC; NICHOLAS HEATHMAN; HIGHLAND RANCH HOMEOWNERS ASSOCIATION; and GAYLE A. KERN & ASSOCIATES, LTD., d/b/a KERN & ASSOCIATES, LTD., | |
| Defendants. | |
| RAVENSTAR INVESTMENTS, LLC and NICHOLAS HEATHMAN, | |
| Counterclaimants, | |
| vs. | |
| NATIONSTAR MORTGAGE LLC, | |
| Counterdefendant. | |
| RAVENSTAR INVESTMENTS, LLC, | |
| Crossclaimant, | |
| vs. | |
| HIGHLAND RANCH HOMEOWNERS ASSOCIATION, | |
| Cross-defendant. | |

52194292;1
54255986;1

1  TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  **PLEASE TAKE NOTICE** that Darren T. Brenner, Esq. is no longer associated with the law firm of Akerman LLP and requests that Mr. Brenner be removed from the service list.

Akerman LLP continues to serve as counsel for Bank of America, N.A. in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Scott R. Lachman Esq.

DATED this 18th day of August, 2020

**AKERMAN LLP**

*/s/ Scott R. Lachman*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED. Date:

August 18, 2020.

*Walter G. Cobb*
UNITED STATES MAGISTRATE JUDGE
Case No.: 3:16-cv-00638-MMD-WGC

2

54255986;1