MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RAVENSTAR INVESTMENTS, LLC; NICHOLAS HEATHMAN; HIGHLAND RANCH HOMEOWNERS ASSOCIATION; and GAYLE A. KERN & ASSOCIATES, LTD., d/b/a KERN & ASSOCIATES, LTD.,<br><br>Defendants. | Case No.: 3:16-cv-00638-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE HIGHLAND RANCH'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 117] AND REPLY TO HIGHLAND RANCH'S OPPOSITION TO NATIONSTAR'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 120]**<br><br>**[FIRST REQUEST]** |
| RAVENSTAR INVESTMENTS, LLC and NICHOLAS HEATHMAN,<br><br>Counterclaimants,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>Counterdefendant. | |
| RAVENSTAR INVESTMENTS, LLC,<br><br>Crossclaimant,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION,<br><br>Cross-defendant. | |

52194292;1
54703115;1

1  Plaintiff and counter-defendant Nationstar Mortgage LLC and defendant Highland Ranch
2  Homeowners Association stipulate and respectfully request the court extend (**1**) Nationstar's deadline
3  to oppose Highland Ranch's motion for summary judgment, ECF No. 117, from September 21, 2020
4  to October 5, 2020 and (**2**) Nationstar's deadline to reply to Highland Ranch's opposition to its
5  motion for summary judgment, ECF No. 120, from September 24, 2020 to October 8, 2020.

6  Highland Ranch moved for summary judgment on August 31, 2020.  (ECF No. 117.)
7  Nationstar's opposition is due on September 21, 2020.  *See* L.R. 7-2.

8  Nationstar moved for partial summary judgment on September 3, 2020.  (ECF No. 119.)
9  Highland Ranch filed its opposition on September 14, 2020.  (ECF No. 120.)  Nationstar's reply
10 deadline is September 29, 2020.  *See* L.R. 7-2.  Defendant and counterclaimant Ravenstar
11 Investments LLC and Nicholas Heathman have appeared, but neither have opposed Nationstar's
12 motion yet.  Their oppositions, if any, are due September 24, 2020.  *See* L.R. 7-2.  If they file on the
13 deadline, Nationstar's reply would be due October 8, 2020.

14 To allow Nationstar additional time to oppose Highland Ranch's motion for summary
15 judgment, ECF No. 117, and potentially file one reply supporting its motion for summary judgment
16 after Ravenstar and Mr. Heathman file their oppositions, Nationstar and Highland Ranch stipulate to
17 extend (**1**) Nationstar's deadline to oppose Highland Ranch's motion for summary judgment, ECF
18 No. 117, from September 21, 2020 to **October 5, 2020** and (**2**) Nationstar's deadline to reply to
19 Highland Ranch's opposition to its motion for partial summary judgment, ECF No. 120, from
20 September 24, 2020 to **October 8, 2020**.

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

54703115;1

This is Nationstar's first request for an extension relating to summary judgment briefing and is not intended to cause delay or prejudice to any party.

DATED: September 18, 2020.

| | |
|---|---|
| **AKERMAN LLP** | **LAXALT & NOMURA, LTD** |
| */s/ Scott R. Lachman* | */s/ Ryan W. Leary* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | HOLLY S. PARKER, ESQ.<br>Nevada Bar No. 10181<br>RYAN W. LEARY, ESQ.<br>Nevada Bar No. 11630<br>9790 Gateway Drive, Suite 200<br>Reno, Nevada 89521 |
| *Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC* | *Attorneys for defendant Highland Ranch Homeowners Association* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
3:16-cv-00638-MMD-WGC

DATED:   September 21, 2020

54703115;1